AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DALE GORDON JOHNSON and ROSE MARIE
JOHNSON, husband and wife,

v.

UNITED STATES OF AMERICA, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-259-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Renewed Motion for Summary Judgment is GRANTED. Judgment is hereby entered in favor of Defendants, dismissing Plaintiffs' First Amended Complaint and the claims therein with prejudice.

10/05/10
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb